**Opinion issued June 9, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00379-CR

———————————

## IN RE BILLY RAY RISLEY, Appellant

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Billy Ray Risley, incarcerated and proceeding *pro se*, has filed a petition for a writ of mandamus, challenging an order denying relator's "Writ for Subpoena Duces Tecum."[1]

---

[1]     Relator's petition identifies the underlying case as *The State of Texas v. Billy Ray Risley*, Cause No. 966167, in the 232nd District Court of Harris County, Texas, the Honorable Mary Lou Keel presiding.

We deny the petition.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).